IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-199 |
| | ) |
| MARCUS BUTLER, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 30th day of November, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 17, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, December 22, 2006 at 1 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            , J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Brendan T. Conway,
      Assistant United States Attorney

      Bruce A. Carsia, Esquire
      505 Court Place
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation