IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
            v.               )
                             )    Criminal No. 06-199
MARCUS BUTLER                )

ORDER

The sentencing hearing for above named defendant was held before the undersigned on June 8, 2007 where he was sentenced to a period of incarceration of time served, three (3) years of supervised release and an amount of restitution of $20,500.00. This amount of restitution was to be paid jointly and severally with his co-offenders.

In reviewing the transcript of this hearing for preparation of defendant's Judgment, and upon additional review of the pre-sentence investigation report, particularly paragraphs 14, 15 and 18, the court finds that the amount of restitution should actually be $11,500.00. This amount represents the actual loss attributable to the defendant in paragraphs 14 and 15 of the pre-sentence report. The conduct referenced in paragraph 18 of the report, namely the additional $9,000.00 of travelers' checks which the court relied upon in determining the amount of intended **loss** attributed to the defendant, indicates that these checks were recovered before any actual loss occurred.

Therefore, and for the reasons stated herein, the Judgment of the court to be issued shall reflect that the amount of restitution due and owing from the defendant shall be $11,500.00. All other aspects of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____
Gary L. Lancaster,
United States District Judge

Dated: July 2 , 2007

cc:  United States Attorney
     Defense Counsel
     United States Probation Office